IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-102-GCM

| | |
|---|---|
| TARIK BLACKWELL, )<br>     Plaintiff, )<br>v. )<br>)<br>DIVERSIFIED CONSULTANTS, INC., )<br>     Defendant. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Cindy D. Salvo** April 9, 2014 [doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Salvo is admitted to appear before this court *pro hac vice* on behalf of defendant, Diversified Consultants, Inc..

**IT IS SO ORDERED.**

Signed: April 14, 2014

Graham C. Mullen
United States District Judge